Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles P. Kocoras | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 9479 | **DATE** | 4/18/2002 |
| **CASE TITLE** | Cook, Inc. vs. Boston Scientific Corp | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] As discussed in open court, Cook's motion for a protective order staying depositions is granted. Answer to Cook's motion to require BSC to return inadvertently produced privileged documents, and to withdraw its summary judgment papers and file new papers, is due April 23, 2002. Reply due May 2, 2002. Ruling set for May 13, 2002 at 9:45 a.m. Cook's motion to modify highly confidential designation of agreement between Angiotech and BSC is referred to Magistrate Judge Nolan pursuant to Executive Committee order dated February 25, 2002.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| ✓ | Docketing to mail notices. |
| | Mail AO 450 form. |
| ✓ | Copy to judge/magistrate judge. |
| SCT | courtroom deputy's initials |

number of notices

APR 19 2002 date docketed

docketing deputy initials

Document Number: 53

date mailed notice

Date/time received in central Clerk's Office

mailing deputy initials