IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COOK INCORPORATED, | ) |
| | ) |
| Plaintiff, | ) No. 01 C 9479 |
| | ) |
| v. | ) Judge Charles P. Kocoras |
| | ) |
| | ) Magistrate Judge Nan R. Nolan |
| BOSTON SCIENTIFIC CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF EMERGENCY MOTION**

TO:   Edward Han                              Michael P. Padden
       Matthew M. Wolf                  Michael K. Lindsey
       HOWREY SIMON ARNOLD & WHITE    HOWREY SIMON ARNOLD & WHITE
       1299 Pennsylvania Avenue, N.W.          321 North Clark Street, Suite 800
       Washington, DC 20004                 Chicago, Illinois 60610

PLEASE TAKE NOTICE that on Thursday, April 25, 2002, at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras in Room 2503 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Cook's Emergency Motion to Strike BSC's Memorandum Disclosing the Contents of the Privileged Documents at Issue in Cook's Pending Motion, a copy of which is attached hereto and is herewith served upon you.

Dated: April 24, 2002

                                                          _____
                                                          Ronald Wilder
                                                          Frederick J. Sperling
                                                           John A. Bannon

                                                           SCHIFF HARDIN & WAITE
                                                           6600 Sears Tower
                                                           Chicago, Illinois 60606
                                                           (312) 258-5500

                                                           Counsel for Plaintiff Cook Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COOK INCORPORATED, | ) | |
| | ) | No. 01 C 9479 |
| Plaintiff, | ) | |
| | ) | Judge Charles P. Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## COOK'S EMERGENCY MOTION TO STRIKE BSC'S MEMORANDUM DISCLOSING THE CONTENTS OF THE PRIVILEGED DOCUMENTS AT ISSUE IN COOK'S PENDING MOTION

Plaintiff Cook Incorporated, by its attorneys, respectfully moves this Court to strike the memorandum submitted by defendant Boston Scientific Corporation ("BSC") that discloses the contents of the privileged documents at issue in Cook's pending motion. In support of this motion, Cook states as follows:

1. At the April 18 hearing before this Court on Cook's motion concerning the privileged documents that were mistakenly and inadvertently produced, Cook's counsel specifically raised its concern that the written response this Court was going to allow BSC's counsel to submit not disclose the substance of the privileged documents at issue in Cook's pending motion.

2. BSC's counsel assured this Court that it would not do so. Yet, that is exactly what BSC's counsel has done.

3. BSC's memorandum presents this Court — word for word — with some of the same material from Cook's privileged documents that BSC's counsel improperly included in its



summary judgment papers. Moreover, BSC's memorandum attaches as exhibits the very documents at issue.

4. BSC's counsel is seeking to ensure that this Court will have read the contents of the privileged documents at issue even if this Court grants Cook's pending motion and orders that the summary judgment papers disclosing the contents of those privileged documents be withdrawn.

5. Not only is the conduct of BSC's counsel wrong, it is completely unnecessary to the effective presentation of BSC's position. It would have been entirely sufficient for BSC's counsel to have described the general subject addressed in the privileged documents without disclosing the substance and details of the documents themselves.

WHEREFORE, Cook respectfully requests this Court to strike BSC's response to Cook's pending motion and to grant Cook such other and further relief as is just and proper.

Dated: April 24, 2002

Respectfully submitted,

Ronald Wilder
Frederick J. Sperling
John A. Bannon

SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

Counsel for Plaintiff
Cook Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2002 I served copies of the foregoing notice of emergency motion and the motion referred to therein on the attorneys to whom the notice is addressed by having true and correct copies sent by facsimile and Federal Express to

>Edward Han
>Matthew M. Wolf
>HOWREY SIMON ARNOLD & WHITE
>1299 Pennsylvania Avenue, N.W.
>Washington, DC 20004

and by facsimile and messenger to

>Michael P. Padden
>Michael K. Lindsey
>HOWREY SIMON ARNOLD & WHITE
>321 North Clark Street, Suite 800
>Chicago, Illinois 60610

*Kathryn D. Zalewski*
Kathryn D. Zalewski