IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COOK INCORPORATED, | ) | |
| | ) | No. 01 C 9479 |
| Plaintiff, | ) | |
| | ) | Judge Charles P. Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

FILED MAY 0 6 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:  Edward Han                          Michael P. Padden
     Matthew M. Wolf                     Michael K. Lindsey
     HOWREY SIMON ARNOLD & WHITE         HOWREY SIMON ARNOLD & WHITE
     1299 Pennsylvania Avenue, N.W.      321 North Clark Street, Suite 800
     Washington, DC 20004                Chicago, Illinois 60610

PLEASE TAKE NOTICE that on Wednesday, May 8, 2002, at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Charles P. Kocoras in Room 2503 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Cook's Motion For Leave to File Instanter Memorandum in Excess of Fifteen Pages, a copy of which is attached hereto and is herewith served upon you.

Dated: May 6, 2002

Ronald Wilder
Frederick J. Sperling
John A. Bannon

SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

Counsel for Plaintiff Cook Incorporated

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| COOK INCORPORATED, | ) | |
| | ) | No. 01 C 9479 |
| Plaintiff, | ) | |
| | ) | Judge Charles P. Kocoras |
| v. | ) | |
| | ) | Magistrate Judge Nan R. Nolan |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

DOCKETED MAY 8 2002

FILED MAY 0 6 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COOK'S MOTION FOR LEAVE TO FILE INSTANTER MEMORANDUM IN EXCESS OF FIFTEEN PAGES

Plaintiff Cook Incorporated, by its attorneys, moves this Court for an order granting it leave to file instanter its overlength Reply Memorandum in Support of Its Motion to Require BSC to Return Inadvertently-Produced Privileged Documents, a copy of which is attached hereto as Exhibit 1.[1] In support of this motion, Cook states as follows:

1. Cook has made a good-faith attempt to address the numerous factual and legal issues raised in BSC's Memorandum in Opposition to Cook's Motion within the 15-page limit set by Local Rule 7.1.

2. Despite its best efforts to be as concise as possible, Cook was unable to limit its Reply Memorandum to fewer than 19 pages.

---

[1] Cook's Reply Memorandum and the attached exhibits are filed under seal pursuant to the Protective Order entered by this Court.

WHEREFORE, Cook requests that the Court grant it leave to file instanter the attached 19-page Reply Memorandum in Support of Cook's Motion to Require BSC to Return Inadvertently-Produced Privileged Documents.

Dated: May 6, 2002

Respectfully submitted,

Ronald Wilder
Frederick J. Sperling
John A. Bannon

SCHIFF HARDIN & WAITE
6600 Sears Tower
Chicago, Illinois 60606
(312) 258-5500

Counsel for Plaintiff Cook Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2002 I served copies of the foregoing notice of motion and the motion referred to therein on the attorneys to whom the notice is addressed by having true and correct copies sent by facsimile and Federal Express to

> Edward Han
> Matthew M. Wolf
> HOWREY SIMON ARNOLD & WHITE
> 1299 Pennsylvania Avenue, N.W.
> Washington, DC 20004

and by facsimile and messenger to

> Michael P. Padden
> Michael K. Lindsey
> HOWREY SIMON ARNOLD & WHITE
> 321 North Clark Street, Suite 800
> Chicago, Illinois 60610

Kathryn D. Zalewski

See Case File For Exhibits